■ In the Matter of WILLIAM PAPPAS, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ In the Matter of BENJAMIN J. PEMBERTON, Petitioner, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, et al., Respondents.— Determination of the Police Commissioner confirmed and the petition dismissed, with $50 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ In the Matter of HYMAN GOLDBERG, Appellant, against ROBERT F. WAGNER, as Mayor of the City of New York, et al., Respondents.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL MALESCHUSKY, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ In the Matter of MAXIMILIAN ILYIN, Appellant, against GLORIA V. STOKOWSKA, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Frank, Valente, McNally and Stevens, JJ.

■ KATHLEEN BROWN, Appellant, v. YALE TRANSPORT CORPORATION et al., Respondents.— Order unanimously affirmed, with $20. costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., Frank, Valente, McNally and Stevens, JJ.

■ ADELAIDE NEUWRITH et al., Appellants, et al., Plaintiffs, v. WILLIAM P. FEELEY et al., Defendants, and NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Frank, McNally and Stevens, JJ.

■ ADELAIDE NEUWRITH et al., Appellants, et al., Plaintiffs, v. PERCY J. EBBOTT et al., Defendants, and NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Frank, McNally and Stevens, JJ.

■ P. ANTOINETTE SUPPLEE, Respondent, v. WALTER S. HALLANAN, Appellant.— Order so far as appealed from unanimously modified so as to direct the Clerk of the Supreme Court to seal any and all papers filed in this action until the further order of said court and, as so modified, the said order is affirmed. No opinion. Concur — Rabin, J. P., Frank, Valente, McNally and Stevens, JJ.

## (March 11, 1958)

■ RUFINO TANDOC et al., Respondents, v. LUCKENBACH STEAMSHIP COMPANY, INC., Appellant. WILLIAM O. DYER et al., Respondents, v. LUCKENBACH STEAMSHIP COMPANY, INC., Appellant. VINCENTE AGUIRRE et al., Respondents, v. LUCKENBACH STEAMSHIP COMPANY, INC., Appellant.— Determination of the Appellate Term unanimously reversed and the judgments of the Municipal Court dismissing the complaints reinstated as a matter of law, with costs to the appellants in this court and in the Appellate Term. A cause of action created by Federal statute is, in the absence of a Federal Statute of Limitations, subject to the Statute of Limitations of the forum including the